HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Federal Defenders Office
Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700  Fax: 916-498-5710

Attorneys for Defendant
JOHN L. ALIMENTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-MJ-00094-CKD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) HEARING |
| v. | ) |
| JOHN L. ALIMENTI, | ) Date: January 14, 2021 ) Time: 9:30 a.m. ) Judge: Hon. Carolyn K. Delaney |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Alstyn Bennett, Special Assistant United States Attorney, and Linda C. Allison, Assistant Federal Defender, attorney for JOHN L. ALIMENTI, that the status conference set for January 14, 2021 at 9:30 a.m. be continued to February 18, 2021 at 9:30 a.m.

This continuance is requested because defense counsel needs additional time to prepare this case due to a COVID issue.

By this stipulation, the parties now jointly move to continue the status conference to February 18, 2021 at 9:30 a.m.

///

///

Stipulation and Proposed Order to Continue Status Conference

-1-

DATED: January 13, 2021

Respectfully submitted,

HEATHER WILLIAMS
Federal Defender

*/s/Linda C. Allison*
LINDA C. ALLISON
Assistant to the Federal Defender
Attorneys for Defendant
MATTHEW ESCALANTE

Dated: January 13, 2021

McGREGOR W. SCOTT
United States Attorney

*/s/ Alstyn Bennett*
ALSTYN BENNETT
Special Assistant United States Attorney

### **ORDER**

IT IS HEREBY ORDERED that the status conference set for January 14, 2021 at 9:30 a.m., be continued to February 18, 2021 at 9:30 a.m.

IT IS SO ORDERED.

Dated:  January 13, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE