1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   LINDA ALLISON, #179741
3   Assistant Federal Defender
    801 I Street, 3rd Floor
4   Sacramento, CA  95814
    Tel: 916-498-5700/Fax: 916-498-5710
5   Linda_Allison@fd.org

6   Attorney for Defendant

7

8                   IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

    UNITED STATES OF AMERICA,        )   Case No. 2:20-mj-00094-CKD
11                                    )
         Plaintiff,                   )   **STIPULATION AND ORDER TO**
12                                    )   **CONTINUE BENCH TRIAL**
                                      )
13       v.                           )
                                      )
14   JOHN L. ALIMENTI,                )   Date: October 7, 2021
                                      )   Time: 9:00 a.m.
15       Defendant.                   )   Place: Honorable Carolyn K. Delaney
                                      )
16                                    )

17

18       IT IS HEREBY STIPULATED between the parties through their respective counsel,

19   Assistant United States Attorney Alstyn Bennett, and Assistant Federal Defender Linda Allison,

20   attorney for John L. Alimenti, that the trial set for October 7, 2021 at 9:30 a.m. be continued to

21   December 13, 2021 at 9:30 a.m.

22       This continuance is requested by Mr. Alimenti's defense counsel for trial preparation and

23   discovery review.

24

25

26

27   / / /

28   / / /

                                          -1-

1    By this stipulation the parties now jointly move to continue the bench trial to December

2    13, 2021 at 9:30 a.m.

3

4    Dated: September 24, 2021          HEATHER E. WILLIAMS

5                                       Federal Defender

6                                       /s/ Linda C. Allison_____
                                        LINDA C. ALLISON
7                                       Assistant Federal Defender

8    Dated:  September 24, 2021         PHILLIP A. TALBERT

9                                       Acting United States Attorney

10                                      /s/ Alstyn Bennett_____
                                        Assistant United States Attorney
11

12

13                              **O R D E R**

14    IT IS HEREBY ORDERED that the bench trial currently set for October 7, 2021, be

15    **VACATED** for the reasons stated above and **CONTINUED** to **December 13, 2021, at 9:30 a.m**.

16

      Dated:  September 24, 2021

                                        _____
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

-2-