PHILLIP A. TALBERT
Acting United States Attorney
ALSTYN BENNETT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:20-mj-00094-CKD |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO SET |
| | ) PRETRIAL CONFERENCE |
| v. | ) |
| | ) DATE:  December 1, 2021 |
| JOHN L. ALIMENTI, | ) TIME: 9:00 a.m. |
| | ) JUDGE: Hon. Carolyn K. Delaney |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through its counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a bench trial on December 13, 2021 at 9:00 a.m.

2. By this stipulation, the parties now jointly move to set a

///

///

///

STIPULATION AND [PROPOSED] ORDER          1             U.S. V. JOHN L. ALIMENTI

1  pretrial conference on December 1, 2021 at 9:00 a.m.
2        IT IS SO STIPULATED.
3
4  DATED: November 22, 2021        PHILLIP A. TALBERT
                                    Acting United States Attorney
5
6                             By:   /s/ Alstyn Bennett
                                    ALSTYN BENNETT
7                                   Assistant U.S. Attorney
8
9                                   /s/ Linda Allison
                                    LINDA C. ALLISON
10                                  Assistant Federal Defender
                                    Counsel for Defendant
11                                  (*Approved via email on 11/22/2021*)
12
13
14                          **FINDINGS AND ORDER**
15     IT IS SO ORDERED, that a pretrial conference be set for December
16  1, 2021 at 9:00 a.m.
17        FOUND AND ORDERED
18        Dated:   November 22, 2021
19                                    _____
                                      CAROLYN K. DELANEY
20                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER        2            U.S. V. JOHN L. ALIMENTI