UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN L. ALIMENTI,<br><br>Defendant. | No.  2:20–mj–0094–CKD<br><br>ORDER<br><br>(ECF Nos. 30, 31) |

    This criminal case is currently set for a bench trial beginning on Monday, December 13, 2021 before the undersigned.  On December 6, 2021, the parties each filed one motion in limine to exclude the admission of certain evidence at trial.  (ECF Nos. 30, 31.)  The government moves to exclude any testimony by defendant's proposed expert Minh X. Tran based on failure to provide timely notice and complete disclosure of the expert opinions.  (ECF No. 30.)  Defendant moves to exclude evidence regarding state DUI charges for incidents occurring after the subject incident in this case.  (ECF No. 31.)

    Defendant opposes the government's motion on the grounds that defense counsel has kept the government as informed as possible regarding Mr. Tran's retention and on December 8, 2021 provided the government with a summary of Mr. Tran's opinions and the basis for them; and that the government has been on notice that defendant would call a toxicology expert since before this trial was continued in April 2021 rendering unavailable defendant's previously disclosed

toxicology expert. (ECF No. 36 at 2-3.) The court is persuaded by defendant's arguments; however, if the government determines that it is unduly prejudiced by the timing of Mr. Tran's disclosure, the court will entertain a motion to continue the trial to allow the government more time to prepare for Mr. Tran's testimony.

In response to defendant's motion, the government states that although it produced in discovery several police reports regarding the subsequent DUI charges, it will only seek to introduce testimony regarding those incidents if the defense case or defendant's testimony render it relevant for impeachment or rebuttal purposes. (ECF No. 32.) The government maintains this position in its trial brief as well (ECF No. 35 at 6), thereby mooting defendant's motion in limine.

Accordingly, it is HEREBY ORDERED that:

1. The government's motion to exclude expert testimony by defendant's proposed expert Minh X. Tran (ECF No. 30) is DENIED. Should the government wish to continue the trial in light of Mr. Tran's recent expert disclosure, the government must notify the court no later than 12:00 PM on Friday, December 10, 2021; and

2. Defendant's motion to exclude evidence of his subsequent DUI state charges (ECF No. 31) is DENIED as moot. As agreed, the government shall not present evidence relating to defendant's December 24, 2019 or July 4, 2020 state charges, except as relevant for impeachment or rebuttal purposes.

Dated: December 9, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

19, alim.0094

2