# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# BEFORE THE HONORABLE CAROLYN K. DELANEY

| | |
|---|---|
| UNITED STATES, | Case No. 2:20-mj-0094-CKD |
| Plaintiff, | |
| v. | **MINUTES** |
| JOHN L. ALIMENTI | Date: December 13, 2021 |
| | Deputy Clerk: Judy Streeter |
| Defendant. | Recorder:  ECRO |

**Counsel for the Plaintiff:**   Alstyn Bennett and Heiko Coppola
**Counsel for the Defendant:** Linda Allison with Alexander Atkinson and Kendra Hall

## JURY TRIAL:

| | |
|---|---|
| 9:05 AM | All parties present.  Stipulation received today, has been signed and entered on the docket. |
| 9:07 AM | Govn't opening statement by Ms. Bennett. |
| 9:09 AM | Defense opening statement by Ms. Hall. |
| 9:15 AM | Govn't calls witness Lt. Colonel Ryan Barton, who is sworn and testifies. Exhibits 11, 12, 13, 14, 17, 17a, 34 and 35 admitted. |
| 9:47 AM | Cross-examination by Mr. Atkinson. |
| 9:57 AM | Re-direct by Ms. Bennett.  Witness excused. |
| 9:58 AM | Govn't calls witness Former Senior Airman Jessica Jasso, who is sworn and testifies. Exhibits 2, 3, 5, 6, 8, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, and 33 |
| 10:33 AM | Court in Recess. |
| 10:46 AM | Court resumes, all parties present.  Cross-examination by Mr. Atkinson. |
| 11:13 AM | Re-direct by Ms. Bennett. |
| 11:16 AM | Re-cross by Mr. Atkinson. |
| 11:20 AM | Witness excused. Govn't calls witness Ji Song, who is sworn and testifies. |

| | |
|---|---|
| 11:28 AM | Cross-examination by Mr. Atkinson. |
| 11:35 AM | Re-direct by Mr. Coppola.  Witness excused. |
| 11:36 AM | Govn't calls witness Former Senior Airman Nick Carrasco, who is sworn and testifies. |
| 11:45 AM | Cross-examination by Ms. Hall. |
| 11:51 AM | Witness excused.  Govn't calls Minor Witness 1 who is sworn and testifies. |
| 12:10 PM | Cross-examination by Ms. Hall. |
| 12:18 PM | Witness excused |
| 12:19 PM | Govn't witness – Minor Witness 2 sworn and testifies. |
| 12:28 PM | Cross-examination by Ms. Hall. |
| 12:31 PM | Witness excused |
| 12:32 Pm | Govt rests |
| 12:32 PM | Defense oral motion for judgment of acquittal (Rule 29 motion) as to Count 1 - Child Endangerment – Argument by Mr. Atkinson |
| 12:35 PM | Govt position and opposition by Ms. Bennett |
| 12:40 PM | Oral motion under Rule 29 is **DENIED** |
| 12:41 PM | All parties excused. All exhibits returned to govt. Bench Trial (Day 2) set for December 14, 2021, at 01:00 PM. |

**TIME IN COURT**: **3 hours 21 minutes**