1  PHILLIP A. TALBERT
   United States Attorney
2  ALSTYN BENNETT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                CASE NO.  2:20-MJ-00094-CKD

12                         Plaintiff,        ORDER SEALING DOCUMENTS AS SET FORTH
                                             IN GOVERNMENT'S NOTICE
              v.
13
    JOHN L. ALMENTI,
14
                           Defendant.
15

16

17         Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

18  Request to Seal, IT IS HEREBY ORDERED that the government's Exhibit 1 in support of its

19  sentencing memorandum pertaining to defendant John L. Alimenti, and government's Request to Seal

20  shall be SEALED until further order of this Court.

21         It is further ordered that access to the sealed documents shall be limited to the government and

22  counsel for the defendant.

23         The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

24  *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in

25  the government's request, sealing the government's motion serves a compelling interest. The Court

26  further finds that, in the absence of closure, the compelling interests identified by the

27  / / /

28  / / /

[PROPOSED] ORDER SEALING DOCUMENTS AS SET                    1
FORTH IN GOVERNMENT'S NOTICE

1   government would be harmed.  In light of the public filing of its request to seal, the Court further finds

2   that there are no additional alternatives to sealing the government's motion that would adequately

3   protect the compelling interests identified by the government.

4

5   Dated:  January 21, 2022

6                                                          _____
                                                           CAROLYN K. DELANEY
7                                                          UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28