UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | USDC Case Number: 2:20-mj-0094-CKD |
| v. | JUDGMENT IN CRIMINAL CASE |
| **John L. Alimenti** | **(Class B Misdemeanor)** |

Defendant has been found guilty following a Trial to the Court and convicted of the following offense(s):

| Charges Defendant Convicted of: | Nature of Charges: |
|---|---|
| 18 USC § 13 – Count 1 | Child Endangerment |
| 18 USC § 13 – Count 3 | Possession of Open Container in Vehicle |
| 18 USC § 13 – Count 4 | Storage of Opened Container in Passenger Compartment |

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☒ **PAY** fines in the amount of $1,250.00 and special assessments of $20.00.
  ☒ Total financial obligation of $1,270.00 due immediately.

☒ **YOU ARE HEREBY COMMITTED TO THE BUREAU OF PRISONS** to be imprisoned for a term of 60 days beginning March 11, 2022. You are ordered to report to the United States Marshal located at 501 I Street, 5th Floor, Sacramento, California, 95814 on March 11, 2022, by 2:00 PM. Appeal rights given.

☒ **OTHER**: You are ordered to report to the USM Office with 24 hours for processing.

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record. The check must be made payable to **"CLERK- U.S.D.C."** and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, #4-200
> Sacramento, CA  95814

**Your check or money order must indicate your name and case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.**

DATED: 1/27/2022

/s/ Carolyn K. Delaney
**Carolyn K. Delaney**
United States Magistrate Judge

CRD Initials: jcs