HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JOHN L. ALIMENTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20:MJ-00094-CKD |
| Plaintiff, | **STIPULATION AND ORDER RE: SELF-SURRENDER DATE** |
| vs. | |
| JOHN L. ALIMENTI, | Judge: Hon. Carolyn K. Delaney |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Alstyn Bennett, Assistant United States Attorney, counsel for Plaintiff, and Heather E. Williams, Federal Defender, through Assistant Federal Defender Linda Allison, counsel for Defendant, that Defendant John Alimenti will self-surrender to the USMS on October 3, 2022 before 2:00 pm.

Mr. Alimenti was originally sentenced to a 60 day term in jail. This sentence was stayed pending the outcome of his appeal. His conviction was affirmed by the district court on May 26, 2022. Mr. Alimenti has decided to accept that decision and has requested that no appeal be filed with the Ninth Circuit.

Mr. Alimenti is currently working full-time for Camp Far West in Wheatland. This is a seasonal job and will end at the end of September. Mr. Alimenti is using the income from this

job to try and catch up on back child support owed.  Proof of his employment has been provided to the prosecutor.  Mr. Alimenti also still has a pending DUI charge in the county.  That case keeps getting continued.  It is currently set for a "plea" on June 29, 2022.

    Mr. Alimenti is requesting that he be allowed to turn himself in to serve his sentence on the first Monday of October, that is, October 3, 2022 before 2:00 pm.  He will turn himself into the USMS on the 5th floor of the courthouse in Sacramento.  All other conditions of his release are to remain unchanged through the surrender date.   The government has no opposition to this request.

Respectfully submitted,

DATED: June 23, 2022　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　　*/s/ Linda C. Allison*
　　　　　　　　　　　　　　　　　　　　LINDA C. ALLISON
　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　Attorney for JOHN ALIMENTI


DATED: June 23, 2022　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　*/s/ Alstyn Bennett*
　　　　　　　　　　　　　　　　　　　　ALSTYN BENNETT
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

ORDER

IT IS HEREBY ORDERED that Mr. Alimenti agrees to self-surrender to the USMS, located at 501 I Street, 5th Floor, Sacramento, CA 95814 on October 3, 2022 before 2:00 pm. All other conditions of his release are to remain unchanged through the surrender date.

IT IS SO ORDERED.

Dated: June 24, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

-3-